# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACQUELINE SANTIAGO,** | : CIVIL ACTION NO. 1:09-CV-0546 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **ADVANCED NEUROMODULATION SYSTEMS, INC.,** | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 20th day of April, 2010, upon consideration of the telephone conference conducted with the parties on the date herein, and the correspondence exchanged by the parties concerning a fee sufficient to ensure the appearance of fact witness Steven Triantafyllou, M.D. ("Dr. Triantafyllou") for a continuing deposition, and it appearing that Dr. Triantafyllou was partially deposed in summer 2009, but that Dr. Triantafyllou ended the deposition prematurely, before defendant was able to complete its questioning, and it further appearing that to continue the deposition, Dr. Triantafyllou has requested $2500 for the first hour and $500 for each additional quarter hour, and that defendant has argued that $350 per hour is a reasonable fee, it is hereby ORDERED that Dr. Triantafyllou's rate of remuneration for the continuing deposition shall be $1500 per hour for the first hour and $500 for

each additional quarter hour.  The court finds that such a rate is both fair and reasonable under the circumstances.

                                               S/ Christopher C. Conner
                                               CHRISTOPHER C. CONNER
                                               United States District Judge